CLEVELAND BAR ASSOCIATION *v.* PODOR.

[Cite as *Cleveland Bar Assn. v. Podor* (1995), 72 Ohio St.3d 40.]

(No. 94–2648—Submitted January 24, 1995—Decided April 19, 1995.)

*Edward T. Clarke, Warren P. Geiger, Robert H. Gillespy II* and *Mary Cibella,* Bar counsel, for relator.

*Synenberg & Associates* and *Roger M. Synenberg,* for respondent.

*Per Curiam.* We have reviewed the record and agree with the board's findings of misconduct and its recommendation. Respondent is, therefore, suspended from the practice of law in Ohio for a period of six months, but this sanction is suspended on the condition that respondent complete a two-year monitored probation as set forth by the board. Costs taxed to respondent.

*Judgment accordingly.*

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.

WRIGHT, J., dissenting. Because I would not suspend respondent's six-month suspension, I respectfully dissent.

MOYER, C.J., concurs in the foregoing dissenting opinion.